# NO. 12-15-00072-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *DANIEL JOSEPH MAVERO,* *APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant pleaded guilty to tampering with physical evidence and was placed on deferred adjudication community supervision for seven years. Ultimately, the State filed an application to proceed to final adjudication. Thereafter, the trial court adjudicated Appellant guilty of the offense and sentenced him to imprisonment for seven years.

We have received the clerk's record in this appeal, which includes the trial court's certification showing that Appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d). The clerk's record also includes a copy of the written waiver of Appellant's right to appeal, which is signed by Appellant and his counsel.

On April 6, 2015, this court notified Appellant that the clerk's record contains the above-referenced trial court certification and waiver. Appellant was further advised that the appeal would be referred to the court for dismissal unless, on or before April 16, 2015, an amended trial court certification filed with this court showed Appellant's right to appeal. We have not received an amended trial court certification, and Appellant has not otherwise responded to this court's April 6, 2015 notice. Accordingly, the appeal is ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 25.2(d).

Opinion delivered April 30, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 30, 2015**

**NO. 12-15-00072-CR**

**DANIEL JOSEPH MAVERO,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 114th District Court

of Smith County, Texas (Tr.Ct.No. 114-0027-13)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*